JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALANA BOOKMAN,<br><br>              Plaintiff,<br><br>      v.<br><br>DCFS WATERIDGE, *et al.*,<br><br>              Defendants. | Case No. 2:25-cv-05365-FLA (DFM)<br><br>**ORDER DISMISSING ACTION [DKT. 14]** |

1

On August 25, 2025, the court held the alleged "private living heirs," SAB, HBI, ZBI, and KBI, cannot be represented by Petitioner Alana Bookman ("Petitioner"), as she is a non-attorney. Dkt. 14 at 4. Accordingly, the court granted SAB, HBI, ZBI, and KBI leave to file an amended Petition for Writ of Habeas Corpus through competent counsel on or before September 8, 2025 (via a next friend, if they are incompetent and this can be demonstrated). *Id.* SAB, HBI, ZBI, and KBI did not file an amended Petition timely.

Accordingly, the court DISMISSES the Petition for Writ of Habeas Corpus (Dkt. 1) and the action without prejudice.

IT IS SO ORDERED.

Dated: September 15, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge